HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER WATKINS,

    Defendant.

Case No. CR 95-5693 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Early Termination of Supervised Release [Dkt. #37].

Having considered the entirety of the records and file herein, the Court rules as follows:

The defendant was convicted in 1995 of being a felon in possession of a firearm and sentenced to 120 months custody and three years of supervised release. He began his term of supervised release in April, 2004 and as of this date has completed approximately two years of his term. He requests early termination pursuant to 18 U.S.C. § 3583(e) and posits that he should be released from his final year of supervised release because he has passed all drug tests, has submitted all monthly reports, and is employed.

The government agrees that the defendant has done well on supervised release, but opposes the motion based on the recommendation of the defendant's supervising probation officer. The probation officer recommends that the defendant remain on supervision because of his past criminal history, and suggests that rather than terminate defendant's supervised release the level of supervision be decreased in order to assist the

defendant in his transaction from incarceration to supervised release to complete freedom. The Court concurs in the evaluation done by, and recommendation, of the supervising probation officer. It is therefore

**ORDERED** that the Defendant's Motion for Early Termination of Supervised Release [Dkt. #37] is **DENIED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of June, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE